# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY WILSON, </br> </br> Plaintiff, </br> </br> v. </br> </br> MICHAEL J. ASTRUE, </br> Commissioner of Social Security, </br> </br> Defendant. | Case No. CV 10-03217-JEM </br> </br> **JUDGMENT** |

In accordance with the Memorandum Opinion and Order Reversing Decision of Commissioner filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and REMANDED for further proceedings in accordance with law and this Memorandum Opinion and Order.

DATED: May 12, 2011

*/s/ John E. McDermott*
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE